# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALISIA ELLISRAINEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02419-DJC-JDP<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT BUILD-A-BEAR WORKSHOP, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   July 30, 2024<br>Trial Date:            TBD |
|---|---|

Having considered the joint stipulation of plaintiff Alisia Ellisrainey ("Plaintiff") and defendant Build-A-Bear Workshop, Inc. ("Defendant"), and for good cause shown, the Court orders as follows:

1. Defendant's deadline to file a response to Plaintiff's Complaint is extended from September 12, 2024 to October 14, 2024.

**IT IS SO ORDERED.**

Dated:  September 10, 2024                    /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE