# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISIA ELLISRAINEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02419-DJC-JDP<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION**<br><br>Complaint Filed: July 30, 2024<br>Trial Date: TBD |

Having considered the Joint Stipulation to Stay All Proceedings Pending Mediation by, between and among Plaintiff ALISIA ELLISRAINEY, and Defendant BUILD-A-BEAR WORKSHOP, INC., and finding good cause therefor, orders as follows:

1. This action is stayed in its entirety through July 1, 2025.
2. Plaintiff's pending Motion To Remand is withdrawn and the hearing set for December 19, 2024 is vacated.
3. The Parties shall file a joint status report with the Court by July 31, 2025, detailing the status of the action at which time it will allow Plaintiff to refile its Motion for Remand as well as allow Defendant to file a responsive pleading to the First Amended Complaint as necessary.

**IT IS SO ORDERED.**

Dated:  November 18, 2024                /s/ Daniel J. Calabretta
                                         _____
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE