John G. Yslas, SBN 187324
john.yslas@wilshirelawfirm.com
William M. Pao, SBN 219846
william.pao@wilshirelawfirm.com
Refugio Ortega-Carrillo, SBN 346933
refugio.ortegacarrillo@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA  90017
Telephone:   (213) 381-9988
Facsimile:    (213) 381-9989

Attorneys for *Plaintiff*
ALISIA ELLISRAINEY

Alexandra Asterlin, SBN 221286
alexandra.asterlin@ogletree.com
Ace T. Tate, SBN 262015
ace.tate@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:   916-840-3150
Facsimile:    916-840-3159

Attorneys for *Defendant*
BUILD-A-BEAR WORKSHOP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISIA ELLISRAINEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02419-DJC-JDP<br><br>**CLASS ACTION**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Hon. Daniel J. Calabretta, Courtroom 10<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER**<br><br>FAC filed:          October 21, 2024<br>Complaint filed: July 30, 2024<br>Trial date:         Not Set |

Plaintiff Alisia Ellisrainey ("Plaintiff") and Defendant Build-A-Bear Workshop, Inc. ("Defendant") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby enter into this stipulation to Remand the Removed Action below with reference to the following facts:

**WHEREAS**, on July 30, 2024, Plaintiff filed a Class Action Complaint ("Complaint") in the Superior Court of the State of California, County of Solano; and

**WHEREAS**, on September 5, 2024, Defendant removed the instant action to this Court and its response thereto was due September 12, 2024; and

**WHEREAS**, on September 10, 2024 the Court granted the Parties' stipulation to extend Defendant's responsive pleading deadline to October 14, 2024; and

**WHEREAS**, on October 4, 2024, Plaintiff filed a Motion to Remand the Complaint which the parties have fully briefed and the Court has set for hearing on December 19, 2024; and

**WHEREAS**, also on October 4, 2024 the Court set a deadline to file a joint status report pursuant to the Court's ruling on Plaintiff's Motion to Remand; and

**WHEREAS**, on October 7, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint;

**WHEREAS**, on October 21, 2024, Plaintiff filed a First Amended Complaint; and

**WHEREAS**, on October 22, 2024, the Court issued an order directing Defendant to file a responsive pleading by November 4, 2024; and

**WHEREAS**, the Parties began discussions for mediation of the First Amended Complaint and the claims alleged therein; and

**WHEREAS**, on November 4, 2024, the Parties filed a Joint Stipulation to Extend Time for Defendant to Respond to Plaintiff's First Amended Complaint to allow themselves the opportunity to focus their efforts on continuing their discussions concerning mediation and potential early resolution; and

**WHEREAS**, on November 5, 2024, the Court issued an Order granting the Parties' Joint Stipulation to Extend Time for Defendant to Respond to Plaintiff's First Amended

Complaint to November 18, 2024;

**WHEREAS**, the Parties agreed to mediate this matter with experienced mediator, Dan Turner, on July 1, 2025 (the "Mediation Date") and began discussing the scope of information to be exchanged for mediation; and

**WHEREAS**, on November 18, 2024, the Parties filed a Joint Stipulation to Stay All Proceedings Pending Mediation; and

**WHEREAS**, on November 19, 2024, the Court issued an Order granting the Parties' Joint Stipulation to Stay All Proceedings Pending Mediation; and

**WHEREAS**, on July 1, 2025, the Parties attended an all-day private mediation with well-regarded mediator Daniel Turner and after intense negotiations and careful consideration, the parties were able to reach a settlement on a class-wide basis; and

**WHEREAS**, the Parties agree to enter into this stipulation and remand this removed action for the purposes of settlement prior to Plaintiff filing a Motion for Preliminary Approval of Class Action Settlement.

**NOW THEREFORE IT IS HEREBY STIPULATED THAT:**

1. This action shall be remanded to Solano County Superior Court.

**IT IS SO STIPULATED.**

DATED: August 20, 2025                **WILSHIRE LAW FIRM, PLC**

By: */s/ William M. Pao*
    John G. Yslas
    William M. Pao
    Refugio Ortega-Carrillo

    Attorneys for *Plaintiff*
    ALISIA ELLISRAINEY

1  DATED: August 20, 2025        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Alexandra Asterlin*
Alexandra Asterlin
Ace T. Tate

Attorneys for *Defendant*
BUILD-A-BEAR WORKSHOP, INC.

**ORDER**

Pursuant to the above stipulation: The Court orders as follows:

1. The Action be remanded to Solano County Superior Court.
2. The Clerk of Court shall close this case and serve a copy of this order on the Superior Court of the State of California for the County of Solano.

IT IS SO ORDERED

Dated:  August 21, 2025            /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE